# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAMLET GARCIA, II,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 2:20-cv-02657-JDW |
| | : | |
| **UNITED STATES OF AMERICA,** *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 23rd day of July, 2020, upon consideration of the Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 1) and the Complaint (ECF No. 2), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. The Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 1) is **DENIED**; and

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e).

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**